■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 12.) [605 NYS2d 987] —Appeal unanimously dismissed without costs (see, Matter of Anonymous v New York City Health & Hosps. Corp., 70 NY2d 972; Gifaldi v Dumont Co., 172 AD2d 1025, 1026). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Reset-

tlement.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.